UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIA SONG,<br><br>         Plaintiff,<br><br>  -against-<br><br>COLUMBIA UNIVERSITY IN NEW YORK,<br><br>         Defendant. | 24cv3600 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 27, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 27, 2024
     New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge